

# Fourth Court of Appeals
## San Antonio, Texas

April 21, 2016

No. 04-15-00688-CV

**IN THE ESTATE OF CARLOS AGUILAR, DECEASED**,

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2012-PB4-000048 L2
Honorable Jesus Garza, Judge Presiding

# O R D E R

Appellee's Motion for Sanctions is hereby DENIED.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of April, 2016.

_____
Keith E. Hottle
Clerk of Court